EMIL FEHERENBACK v. ANDREW STRAUSS.

Land—Sheriff's Sale—Quashal—Innocent Purchaser—Negligence in Seeking
     Relief—Estoppel.
         The negligent failure to seek relief, from a sale of land, by a sheriff
       until his vendee has sold the property and the legal title having been
       conveyed to an innocent purchaser without notice, will operate as an
       estoppel.

APPEAL FROM JEFFERSON CIRCUIT COURT.

September 24, 1867.

OPINION OF THE COURT BY JUDGE ROBERTSON:

After the appellant's negligent failure to seek relief from the
sale of the house and lot until the sheriff's vendee had sold to
Wood, and the legal title had been conveyed to Wood as an inno-
cent purchaser, without presumable notice of any available defect
in the sheriff's sale or levy, and without any intimation or apparent
cause of apprehension of a purpose by the appellant to disturb
him, and after the appellant, in his petition in equity, had alleged,
without qualification, that the sheriff had levied the execution on
the house and lot, it is too late to move a quashal of the sale on
the alleged ground of an illegal or insufficient levy. The appel-
lant's negligence and long and delusive acquiescence in the levy,
and his expressed, as well as implied, recognition of its validity,
should now operate as an estoppel.

But he has shown no essential defect in the levy. As indorsed
on the execution, it is good. And as the sheriff notified the appel-
lant that he would levy on the house and lot, that indorsement,
whenever made on the execution in his hands, was sufficient to
show authority to sell.

Wherefore the judgment dismissing the appellant's motion to
quash the sale is affirmed.

*Stite and Bullitt, for appellant.*

*L. A. Wood, for appellee.*